IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GENERATION GOOD, NFP, | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:16-cv-9358 |
| | ) | |
| v. | ) | |
| | ) | Hon. Judge Charles P. Kocoras |
| | ) | Mag. Judge Weisman |
| | ) | |
| SEVENTH GENERATION, INC., | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendant. | ) | |
| | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

It is hereby stipulated by Plaintiff Generation Good, NFP and Defendant Seventh Generation, Inc. pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that all of Plaintiff's claims and all of Defendant's claims, counterclaims and defenses in the above-captioned action are dismissed with prejudice pursuant to a settlement agreement executed by the Parties. Each Party will bear its own attorneys' fees, costs and expenses relating to this litigation. Further, the Parties agree that the Court will retain jurisdiction of all matters relating to enforcement of this Agreement.

Respectfully submitted,

/s/ Tom Monagan

Joseph V. Norvell
Joseph T. Kucala, Jr.
Tom Monagan
Sarah B. Kelleher
Norvell IP llc
1776 Ash Street
Northfield, IL 60093
Telephone: (888) 315-0732

/s/ Karen Tyler

Karen Tyler
Justin W. McCabe
Jonathan Rose
Dunkiel Saunders Elliott
Raubvogel & Hand, PLLC
91 College Street
Burlington, Vermont 05401
Telephone: (802) 860-1003

| | |
|---|---|
| Facsimile: (312) 268-5063<br>Email:<br>tmonagan@norvellip.com;<br>courts@norvellip.com<br><br>*Attorneys for Plaintiff*<br>*Generation Good, NFP* | Facsimile: (802) 860-1208<br>Email: ktyler@dunkielsaunders.com<br><br>*Attorneys for Defendant*<br>*Seventh Generation, Inc.* |